IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, | \* |
| Plaintiff, | \* |
| v. | Case No.  5:24-cv-00373-TES |
| | \* |
| A.L. MILLER VILLAGE, LP, et al., | |
| | \* |
| Defendants. | |
| _____ | \* |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 19, 2025 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff . Plaintiff shall also recover costs of this action.

This 19th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk